IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOMEN'S EDITION, INC., and JANET VAN DEWALLE, | ) ) ) | |
| Plaintiffs, | ) ) | 8:12CV172 |
| V. | ) ) | FINDINGS AND RECOMMENDATION |
| PATRICIA PURCELL, | ) ) | |
| Defendant. | ) ) | |

The complaint in this case was filed on May 15, 2012 (filing 1).  However, there is no evidence in the record that Plaintiffs have served Defendant or that Plaintiffs have initiated any other action in this matter.

On October 2, the undersigned ordered Plaintiffs to show cause by October 9, 2012, why this case should not be dismissed without prejudice for failure to effect service on Defendant. (Filing 4.)  The undersigned advised Plaintiffs that failure to respond to the show cause order would result in a recommendation that this action be dismissed.  As of today's date, Plaintiffs have not responded to the order.

Accordingly,

**IT IS HEREBY RECOMMENDED** to Chief United States District Court Judge Laurie Smith Camp that this action be dismissed without prejudice.

**DATED October 11, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**