IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WOMEN'S EDITION, INC.,** and **JANET VAN DEWALLE,**<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**PATRICIA PURCELL,**<br><br>　　　　　Defendant. | CASE NO. 8:12CV172<br><br><br>ORDER |

　　　　This matter is before the Court on the Findings and Recommendation (Filing No. 5) of Magistrate Judge Gossett.  Nothing indicates that Plaintiffs have served Defendant or taken any other action in this matter since filing their Complaint on May 15, 2012.  (Filing No. 1.)  On October 2, 2012, Judge Gossett ordered Plaintiffs to show cause by October 9, 2012, why this case should not be dismissed for failure to effect service on Defendant.  (Filing No. 4.)  As of October 11, 2012, Plaintiffs had not responded to Judge Gossett's show cause order, and Judge Gossett recommended that this action be dismissed without prejudice.  No objections to the Magistrate Judge's Findings and Recommendation have been filed, and the time for filing objection has expired.

　　　　Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.  Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The Magistrate Judge's Findings and Recommendation (Filing No. 5) are adopted in their entirety;

　　　　2.　　This action is dismissed without prejudice; and

　　　　3.　　A separate Judgment will be filed.

　　　　Dated this 30th day of October, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge